
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | 1:19-cr-100 |
| v. ) | |
| ) | Judges McDonough/Lee |
| SAYED BAHADOR ZAFAR SADEGHIAN ) | |
|   a/k/a Bahador Sadeghian ) | |
|   a/k/a Bahador Zafar, ) | |
| PARDIS TORKAMANIASLI ) | |
|   a/k/a Pardis Asli, ) | |
| NORTHEX ENTERPRISES, LLC, and ) | |
| ZAFARAN INDUSTRIAL GROUP ) | |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through Perry H. Piper, Assistant United States Attorney for the Eastern District of Tennessee, hereby moves the Court for entry of an order unsealing all documents including the Indictment in this matter. Defendant Pardis Torkamaniasli has hired counsel regarding this matter. The government desires to have the indictment unsealed in order to discuss matters with counsel. The co-defendant, Sayed Bahador Zafar Sadeghian, is related to Ms. Torkamaniasli. Counsel for the government concedes that Mr. Sadeghian is aware of the investigation and therefore there is no need to keep the indictment sealed.

Respectfully submitted,

FRANCIS M. HAMILTON III
ACTING UNITED STATES ATTORNEY

By: _____ Frank Clark,
for  PERRY H. PIPER, BPR #013384      AUSA
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
(423) 752-5140
perry.piper@usdoj.gov